UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUCKER, | No. 2:16-cv-0539 AC P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY SHERIFF'S MEDICAL STAFF, | |
| Defendant. | |

Plaintiff, a former county and current state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the copy plaintiff provided of his prison trust account statement for the six month period immediately preceding the filing of the complaint is not certified. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a **certified** copy in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to

////

////

1

1 comply with this order will result in a recommendation that this action be dismissed without
2 prejudice.
3 DATED: April 4, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE