UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUCKER,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY SHERIFF'S MEDICAL STAFF,<br><br>    Defendants. | No. 2:16-cv-0539 AC P<br><br><br>ORDER |

    Plaintiff, a former county and current state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff recently filed a letter in which he asks the court whether he can file a lawsuit for incidents that appear to be unrelated to the claims in this case and asks that the court let him know if there is something he can do about what is happening. ECF No. 9.

    The court cannot provide plaintiff with legal advice. If plaintiff seeks legal advice, he must contact an attorney. If plaintiff has claims unrelated to the claims in this case, he is free to file a separate lawsuit to pursue those claims. If plaintiff wants to bring additional claims in this case, he may amend the complaint. Finally, if plaintiff is seeking immediate relief related to the claims in this case, he may file a motion for preliminary injunction or temporary restraining order. The court makes no determination as to the viability of any of plaintiff's claims.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for legal advice (ECF No. 8) is denied.

DATED: June 13, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE