1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEITH RUCKER,                           No.  2:16-cv-0539 AC P

12                    Plaintiff,

13        v.                                  ORDER

14   SOLANO COUNTY SHERIFF'S
     MEDICAL STAFF,
15
                     Defendant.
16

17

18        By order filed April 5, 2016, plaintiff was ordered to submit a certified copy of his prison

19   trust account statement for the six month period immediately preceding the filing of the

20   complaint.  ECF No. 4.  In response to the order, plaintiff provided a copy of his trust account

21   statement, but it was not certified by prison staff.  ECF No. 6.  On May 6, 2016, plaintiff was

22   given thirty days to file a **certified** trust account statement.  ECF No. 7.  The thirty day period has

23   now passed and plaintiff has not submitted a certified trust account statement.  Plaintiff shall have

24   an additional thirty days to submit a **certified** copy of his prison trust account statement.  Failure

25   to comply with this order will result in dismissal of this action.

26        Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this

27   order, plaintiff shall submit a **certified** copy of his prison trust account statement for the six

28   ////

1

1  month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply

2  with this order will result in dismissal of this action.

3  DATED: June 23, 2016

4  _____

5  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2