UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUCKER, | No. 2:16-cv-0539 AC P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY SHERIFF'S MEDICAL STAFF, | |
| Defendant. | |

By order filed June 24, 2016, plaintiff was ordered, for the third time, to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. ECF No. 10. Though plaintiff provided the court with a copy of his trust account statement in response to the first order, the statement was not certified by prison staff (ECF No. 6) and plaintiff has failed to respond to the court's subsequent orders to provide a certified copy of his trust account statement.[1] Plaintiff was warned that if he failed to comply with the court's order to provide a certified copy of his prison trust account statement, this action would be dismissed. ECF No. 10. However, the court recently began using a new application to proceed in forma pauperis that authorizes the California Department of Corrections and Rehabilitation to provide a certified copy of plaintiff's trust account statement directly to the

---

[1] Plaintiff did make another filing in this case, but it was not related to his trust account statement. ECF No. 8.

1

court. Plaintiff will therefore be provided a copy of the new form, which he should complete and file in this case so that the court may obtain a certified copy of his trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

2. Within thirty days from the date of this order, plaintiff shall submit the completed Application to Proceed In Forma Pauperis By a Prisoner that he receives from the court, so that the court may obtain a certified copy of his trust account statement. Plaintiff's failure to comply with this order will result in dismissal of this action.

DATED: August 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE